# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **RAUDEL AMADOR BARRIOS,**<br><br>*Petitioner*,<br><br>**v.**<br><br>**PAM BONDI, ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; AND MARIA DEANDRA YBARA, U.S. ICE FIELD OFFICE DIRECTOR,**<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-00630-LS** |

## ORDER DISMISSING CASE

Petitioner filed a petition for a writ of habeas corpus regarding his detention by Immigration and Customs Enforcement.[1] On September 28, 2026, Petitioner filed a motion to voluntarily dismiss his petition.[2] The Court therefore dismisses this case. All pending motions are denied as moot.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 30, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[1] ECF No. 1.
[2] ECF No.7